IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| RAYMOND H. ALEXANDER, : | |
| Plaintiff, : | |
| : | |
| v.   : | Civil No. 5:22-cv-05066-JMG |
| : | |
| KELLY EATON : | |
| PROBATION OFFICER, *et al.*, : | |
| Defendants. : | |

_____

## ORDER

**AND NOW,** this 27th day of June, 2023, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 13) and the responses and replies thereto, Plaintiff's Motion Requesting the Court's Permission to Serve Additional Interrogatories on Defendant Eaton (ECF No. 22) and the responses and replies thereto, Plaintiff's Motion Requesting the Court's Permission to File An Amended Complaint (ECF No. 25) and the responses and replies thereto, and Plaintiff's Motion Requesting Appointment of Counsel (ECF No. 28**), IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 13) is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's Motion Requesting the Court's Permission to File An Amended Complaint (ECF No. 25) is **GRANTED**. Plaintiff is granted leave to file an amended complaint within **forty-five (45)** days of date of this Order. If Plaintiff fails to file an amended complaint within forty-five (45) days of the date of this Order, all claims will be dismissed with prejudice and without further notice and the case will be closed.

3. Plaintiff's Motion Requesting the Court's Permission to Serve Additional Interrogatories on Defendant Eaton (ECF No. 22) is **DENIED WITHOUT PREJUDICE.**

4. Plaintiff's Motion Requesting Appointment of Counsel (ECF No. 28**) is DENIED WITHOUT PREJUDICE.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge