# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND H. ALEXANDER,<br>    Plaintiff,<br><br>v.<br><br>KELLY EATON<br>PROBATION OFFICER, *et al.*,<br>    Defendants. | :<br>:<br>:<br>: Civil No. 5:22-cv-05066-JMG<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 31st day of January 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 43), Plaintiff's Reply in Opposition thereto (ECF No. 48), and Plaintiff's Reply to Defendant's Reply (ECF No. 51).

**IT IS HEREBY ORDERED**, that the Motion to Dismiss (ECF No. 43) is **DENIED IN PART AND GRANTED IN PART** as follows for reasons set forth in the accompanying memorandum:

1. The Motion to Dismiss (ECF No. 43) is **DENIED** with respect to the December 2021, § 1983 false arrest claim against Probation Officer Eaton.

2. The Motion to Dismiss (ECF No. 43) is **GRANTED** with respect to all other claims.

                   BY THE COURT:

                   */s/ John M. Gallagher*
                   JOHN M. GALLAGHER
                   United States District Court Judge